1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
6  Attorneys for Defendant Michael J. Reynolds

7

8

9                  UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RANDALL L. EDWARDS, BETTY SUE          Case No.  C 07 4710 (JCS)
    EDWARDS,
12                                         DECLINATION TO PROCEED BEFORE
                    Plaintiffs,            A MAGISTRATE JUDGE AND REQUEST
13  v.                                     FOR REASSIGNMENT TO A UNITED
                                           STATES DISTRICT JUDGE
14  MICHAEL J. REYNOLDS, BETSY
    STRAUSS, CITY OF SANTA ROSA, A
15  Municipality,

16                  Defendants.
    _____/
17

18

19       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

         The undersigned party hereby declines to consent to the assignment of this case to a
20
    United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
21
    this case to a United States District Judge.
22

23

24
    Dated:   September _____, 2007
25                                           _____
                                             MICHAEL J. CASEY
26                                           Assistant City Attorney
                                             Attorneys for Defendant Michael
27                                           J. Reynolds

28