UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDALL L. EDWARDS et al,

      Plaintiff,

  v.

MICHAEL J. REYNOLDS et al,

      Defendant.

Case Number: CV07-04710 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty Sue Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Randall L. Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Dated: September 30, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDALL L. EDWARDS et al,

        Plaintiff,

  v.

MICHAEL J. REYNOLDS et al,

        Defendant.

Case Number: CV07-04710 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty Sue Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Randall L. Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Dated: September 30, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDALL L. EDWARDS et al,

      Plaintiff,

v.

MICHAEL J. REYNOLDS et al,

      Defendant.

Case Number: CV07-04710 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty Sue Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Randall L. Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Dated: September 30, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDALL L. EDWARDS et al,

        Plaintiff,

  v.

MICHAEL J. REYNOLDS et al,

        Defendant.

Case Number: CV07-04710 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty Sue Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Randall L. Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Dated: September 30, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS et al, | Case Number: CV07-04710 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL J. REYNOLDS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty Sue Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Randall L. Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Dated: September 30, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk