1 | BRIEN J. FARRELL, City Attorney (SBN 088318)
  | MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2 | City of Santa Rosa
  | 100 Santa Rosa Avenue, Room 8
3 | Santa Rosa, California 95404

4 | Telephone: (707) 543-3040
  | Facsimile: (707) 543-3055
5 |
  | Attorneys for Defendants
6 | Michael J. Reynolds and Betsy Strauss

9 | UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, BETTY SUE EDWARDS, | Case No. C 07 4710 (MMC) |
| Plaintiffs, | **DEFENDANTS MICHAEL J. REYNOLDS' AND BETSY STRAUSS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) AND MOTION TO DISMISS** |
| v. | |
| MICHAEL J. REYNOLDS, BETSY STRAUSS, CITY OF SANTA ROSA, A Municipality, | |
| Defendants. _____/ | Date: November 30, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA<br>Judge: Hon. Maxine Chesney |

21 | TO PLAINTIFFS RANDALL L. EDWARDS AND BETTY SUE EDWARDS:

22 | **PLEASE TAKE NOTICE** that on November 30, 2007, at 9:00 a.m., in Courtroom 7 of

23 | the above-entitled court, located at 450 Golden Gate Avenue, 19th Floor, San Francisco,

24 | California, Defendants Michael J. Reynolds and Betsy Strauss will move the court for an Order

25 | dismissing plaintiffs' First, Second, Third, Fourth and Fifth Causes of Action.

26 | \\
27 | \\
28 | \\

Notice of Motion to Dismiss                                                                                                                    1

1 | This motion is based on the attached document; the pleadings on file; and any such
2 | additional evidence filed before the trial.
3 |
4 |
5 | Dated:   October _____, 2007                    _____
                                                    MICHAEL J. CASEY
                                                    Assistant City Attorney
6 |                                                 Attorneys for Defendants Michael
                                                    J. Reynolds and Betsy Strauss
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |