1 | BRIEN J. FARRELL, City Attorney (SBN 088318)
  | MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2 | City of Santa Rosa
  | 100 Santa Rosa Avenue, Room 8
3 | Santa Rosa, California 95404

4 | Telephone:  (707) 543-3040
  | Facsimile:   (707) 543-3055

5 |
  | Attorneys for Defendants
6 | Michael J. Reynolds and Betsy Strauss

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, BETTY SUE EDWARDS, | Case No.  C 07 4710 (MMC) |
| Plaintiffs, | **[PROPOSED] ORDER ON MOTION TO DISMISS** |
| v. | |
| MICHAEL J. REYNOLDS, BETSY STRAUSS, CITY OF SANTA ROSA, A Municipality, | Date:   November 30, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. _____ / | Judge:  Hon. Maxine Chesney |

   A dismissal under Rule 12(b)(6) is warranted when there is a lack of a cognizable legal theory or absence of sufficient facts alleged under a cognizable legal theory in the complaint. *Balistreri v. Pacifica Police Dept.* (9th Cir. 1990) 901 F.2d 696, 699.  To sustain an action under 42 U.S.C. § 1983, a plaintiff must show 1) that the conduct complained of was committed by a person acting under state law; and 2) that the conduct deprived the plaintiff of a constitutional right. *Balistreri*, *supra*.

\\

\\

\\

[Proposed] Order                                                                                                         1

1 | The court finds that plaintiffs have failed to allege that defendants Reynolds and Strauss were acting under color of state law. Therefore, the defendants' motion to dismiss is granted, with prejudice, as to the first five causes of action set forth in the complaint.

Dated: _____, 2007

_____
JUDGE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE