BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants
MICHAEL J. REYNOLDS,
BETSY STRAUSS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, BETTY SUE EDWARDS, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. REYNOLDS, BETSY STRAUSS, CITY OF SANTA ROSA, A Municipality, <br><br> Defendants. <br>_____/ | Case No. C 07-4710 (MMC) <br><br> **PROOF OF SERVICE** <br> (C.C.P 1013, 1013A, 2015.5; CRC 2008) <br><br><br><br> Date: November 30, 2007 <br> Time: 9:00 a.m. <br> Place: Courtroom 7, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA <br> Judge: Hon. Maxine Chesney |

   I am employed in the County of Sonoma, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 100 Santa Rosa Avenue, Room 8, Santa Rosa, California.

   On October 24, 2007, I served the following:

   **1.    DEFENDANTS MICHAEL J. REYNOLDS' AND BETSY STRAUSS' NOTICE OF MOTION AND MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) AND MOTION TO DISMISS**

   **2.    DEFENDANTS MICHAEL J. REYNOLDS' AND BETSY STRAUSS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

Proof of Service                                                     1

1 **MOTION TO DISMISS UNDER F.R.C.P. 12(b)(6) AND MOTION TO DISMISS**

3.   **[PROPOSED] ORDER ON MOTION TO DISMISS**

4.   **PROOF OF SERVICE**

on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Randall L. Edwards
Betty Sue Edwards
320 College Avenue, Suite 300
Santa Rosa, CA 95401

[X]     (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]     (BY FACSIMILE) I caused the said document(s) to be transmitted by facsimile machine to the addressee(s) noted above at the following number(s):          . The transmission was reported as complete and without error.

[ ]     (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on October 24, 2007, at Santa Rosa, California.

  Lynne Smith  
                                Signature

Proof of Service                              2