1    BRIEN J. FARRELL, City Attorney (SBN 088318)
     MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2    City of Santa Rosa
     100 Santa Rosa Avenue, Room 8
3    Santa Rosa, California 95404

4    Telephone:  (707) 543-3040
     Facsimile:   (707) 543-3055
5
     Attorneys for Defendants
6    Michael J. Reynolds and Betsy Strauss

7

8

9
                        UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12
     RANDALL L. EDWARDS, BETTY SUE          Case No.  C 07 4710 (MMC)
13   EDWARDS,
                                            **STIPULATION AND ORDER**
14              Plaintiffs,                 **CONTINUING JOINT CASE**
                                            **MANAGEMENT CONFERENCE**
15   v.

16   MICHAEL J. REYNOLDS, BETSY
     STRAUSS, CITY OF SANTA ROSA, A         Date:      December 21, 2007
     Municipality,                          Time:      10:30 a.m.
17                                          Place:     Courtroom 7, 19th Floor
                Defendants.                            450 Golden Gate Avenue
18   _____/                 San Francisco, CA
                                            Judge:     Hon. Maxine Chesney
19

20

21

22          The parties agree and stipulate that the Joint Case Management Conference may be

23   continued from December 21, 2007 to Friday, February 22, 2008, at 10:30 a.m.  The joint case

24   \\

25   \\

26   \\

27   \\

28   \\

     Stipulation and Order                                                          1

1    management conference statement shall be filed in accordance with the new date of February 22,

2    2008.

3

4

5    Dated: _____, 2007

     _____
6                                                              Randall L. Edwards,
                                                               Plaintiff, Pro Se
7

8    Dated:_____, 2007

     _____
9                                                              Betty Sue Edwards,
                                                               Plaintiff, Pro Se
10

11   Dated:_____, 2007

     _____
12                                                             Michael J. Casey,
                                                               Attorney for Defendants Michael J. Reynolds
13                                                             and Betsy Strauss

14

15        PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17
     _____
18                                                             Judge Maxine M. Chesney
                                                               United States District Judge
19

20

21

22

23

24

25

26

27

28

Stipulation and Order                                                                                2