1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  MICHAEL J. REYNOLDS,
   BETSY STRAUSS,
7  CITY OF SANTA ROSA

8

9                   UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| RANDALL L. EDWARDS, BETTY SUE EDWARDS, | Case No. C 07-4710 (MMC) |
| Plaintiffs, | **PROOF OF SERVICE**<br>(C.C.P 1013, 1013A, 2015.5; CRC 2008) |
| v. | |
| MICHAEL J. REYNOLDS, BETSY STRAUSS, CITY OF SANTA ROSA, A Municipality, | Date:  December 21, 2007<br>Time:  10:30 a.m.<br>Place: Courtroom 7, 19th Floor<br>       450 Golden Gate Avenue<br>       San Francisco, CA |
| Defendants. | Judge: Hon. Maxine Chesney |

20      I am employed in the County of Sonoma, State of California.  I am over the age of 18

21  years and not a party to the within action.  My business address is 100 Santa Rosa Avenue, Room

22  8, Santa Rosa, California.

23      On November 27, 2007, I served the following:

24      **1.    STIPULATION AND ORDER CONTINUING JOINT CASE**

25             **MANAGEMENT CONFERENCE**

26      **2.    PROOF OF SERVICE**

27  on the following parties to this action by placing a true copy therein in a sealed envelope,

28  addressed as follows:

Proof of Service                         1

1  Randall L. Edwards
   Betty Sue Edwards
2  320 College Avenue, Suite 300
   Santa Rosa, CA 95401
3
4  [X]     (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices.  I am readily familiar with the practice of the Santa Rosa City Attorney's Office for
5  processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for
6  processing.

7  [ ]     (BY FACSIMILE) I caused the said document(s) to be transmitted by facsimile machine to the addressee(s) noted above at the following number(s):            .  The transmission was
8  reported as complete and without error.

9
   [ ]     (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the
10 addressee(s) noted above.

11         I declare under penalty of perjury, under the laws of the State of California, that the

12 foregoing is true and correct and that this declaration was executed on November 27, 2007, at

13 Santa Rosa, California.

14

15   _Lynne Smith_                                   _____
                                                     Signature
16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service                           2