1   BRIEN J. FARRELL, City Attorney (SBN 088318)
    MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2   City of Santa Rosa
    100 Santa Rosa Avenue, Room 8
3   Santa Rosa, California 95404

4   Telephone:  (707) 543-3040
    Facsimile:   (707) 543-3055
5
    Attorneys for Defendants
6   Michael J. Reynolds and Betsy Strauss

7

8

9
                        UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  RANDALL L. EDWARDS, BETTY SUE            Case No.  C 07 4710 (MMC)
    EDWARDS,
13                                           **DEFENDANTS MICHAEL J.
                    Plaintiffs,              REYNOLDS' AND BETSY STRAUSS'**
14  v.                                       **ANSWER TO COMPLAINT**

15  MICHAEL J. REYNOLDS, BETSY
    STRAUSS, CITY OF SANTA ROSA, A           **DEMAND FOR JURY TRIAL**
16  Municipality,

17                  Defendants.
    _____/
18

19
            Defendants Michael J. Reynolds and Betsy Strauss answer the complaint as follows:
20
            1.      Defendants admit the allegations of paragraphs 1, 2, 3, 11, and 21.
21
            2.      Defendants deny the allegations of paragraphs 13, 14, 16, 19, 20, 26, 29, 30, 33,
22
    34, 36, 37, 39, 40 and 41.
23
            3.      Responding to paragraph 4, because this allegation is vague and unintelligible
24
    with respect to "other interested parties", defendants deny this allegation.
25
            4.      Responding to paragraph 5, the plaintiffs own property in the Northern District,
26
    defendants Reynolds and Strauss live in the Northern District and the City of Santa Rosa is
27
    located in this district.  The Northern District of California is the proper venue.
28

Answer to Complaint                                                                    1

1          5.      Responding to paragraph 6, defendants admit that this court generally has federal

2   question jurisdiction.  Otherwise, defendants deny each other allegation.

3          6.      Responding to paragraph 7, defendants have no information or knowledge when

4   plaintiffs bought their home.  Otherwise, defendants deny each other allegation.

5          7.      Responding to paragraph 8, defendants do not have sufficient information or

6   knowledge to admit these allegations and therefore deny them.

7          8.      Responding to paragraph 9, defendants do not have sufficient information or

8   knowledge to admit these allegations and therefore deny them.

9          9.      Responding to paragraph 10, defendants do not have sufficient information or

10   knowledge to admit these allegations and therefore deny them.

11          10.     Responding to paragraph 12, defendants admit the allegations of the

12   subparagraphs except for 4, 7 and 8.  As to these particular subparagraphs, plaintiffs were

13   notified that the specified construction or installation was also without proper plans, permits and

14   inspections.

15          11.     Responding to paragraph 15, defendants do not have sufficient information or

16   knowledge to admit these allegations and therefore deny them.

17          12.     Responding to paragraph 17, defendants do not have sufficient information or

18   knowledge to admit these allegations and therefore deny them.

19          13.     Responding to paragraph 18, defendants admit that an administrative hearing was

20   conducted over which defendant Strauss presided.  Otherwise, defendants deny each other

21   allegation.

22          14.     Responding to paragraph 22, defendants admit that the plaintiffs sent written

23   correspondence on April 12, 2007, but do not have sufficient information or knowledge whether

24   each city council member was so notified.  Otherwise, defendants deny each other allegation.

25          15.     Responding to paragraph 23, defendants lack sufficient information to admit these

26   allegations and therefore deny them.

27          16.     Responding to paragraph 24, defendants lack sufficient information to admit these

28   allegations and therefore deny them.

1    17.    Responding to paragraph 25, defendants are unable to determine the what, when

2    and where of the delivery.  Defendant Strauss was served with a copy of the complaint.

3    Otherwise, defendants deny each other allegation.

4    18.    Responding to paragraph 28, defendants admit that plaintiffs are alleging due

5    process violations.  Otherwise, defendants deny each other allegation.

6    19.    Responding to paragraph 32, defendants admit that plaintiffs are asserting a cause

7    of action or claim but otherwise deny the content of these allegations.

8    **AFFIRMATIVE DEFENSES**

9    1.    The complaint, and each cause of action, fails to state a cause of action.

10    2.    The plaintiffs failed to exhaust non-judicial remedies.

11    3.    The plaintiffs failed to exhaust state procedure.

12    4.    Defendants are entitled to qualified immunity.

13    5.    Defendant Strauss is entitled to absolute judicial immunity.

14    6.    Plaintiffs' claims are barred by the doctrine of res judicata and collateral estoppel.

15    7.    Plaintiffs failed to mitigate their damages.

16    8.    Plaintiffs failed to avail themselves of an adequate post-deprivation remedy.

17    9.    The state law claims are barred by *California Government Code §§* 820.2, 820.4,

18    821.6, 821.8, 822.2 and *California Civil Code § 47.*

19    10.    Plaintiffs' claims are barred by the doctrines of estoppel and waiver.

20    **PRAYER**

21    Defendants request that the complaint be dismissed with prejudice and that defendants be

22    awarded costs of suit.

23    Defendants above-named request a jury trial on all issues as allowed by law.

24

25

26    Dated:   November _____, 2007

    _____
    MICHAEL J. CASEY
27    Assistant City Attorney
    Attorney for Defendants Michael J.
    Reynolds and Betsy Strauss
28