1          _____PROOF OF SERVICE_____

2                              (CCP 1013a, 2015.5; CRC 2008)

3          I am employed in the County of Sonoma, State of California.  I am over the age of 18

4   years and not a party to the within action.  My business address is Santa Rosa City Attorney's

5   Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

           On December_____, 2007, I served the attached:  **DEFENDANTS MICHAEL J.**
6
    **REYNOLDS' AND BETSY STRAUSS' ANSWER TO COMPLAINT - DEMAND FOR**
7
    **JURY TRIAL,** on the following parties to this action by placing a true copy therein in a sealed
8
    envelope, addressed as follows:
9

10  Randall L. Edwards
    Betty Sue Edwards
11  320 College Avenue, Suite 300
    Santa Rosa, CA 95401
12

13   [X]    (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for
    first-class mail, for collection and mailing at Santa  Rosa, California, following ordinary business
14  practices.  I am readily familiar with the practice of the Santa  Rosa City Attorney's Office for
    processing of correspondence, said practice being that in the ordinary course of business,
15  correspondence is deposited in the United States Postal Service the same day as it is placed for
    processing.
16
    [  ]    (BY OVERNIGHT DELIVERY) I deposited such sealed envelope in a box or other
17  facility regularly maintained by the express service carrier, or delivered to an authorized courier
    or driver authorized by the express service carrier to receive documents, in an envelope or
18  package designated by the express service carrier with delivery fees paid or provided for to the
    addressee(s) noted above.
19
    [  ]    (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the
20  addressee(s) noted above.

21          I declare under penalty of perjury, under the laws of the State of California, that the

22  foregoing is true and correct and that this declaration was executed on December _____, 2007, at

23  Santa Rosa, California.

24

25                              _____
                                L.A. Smith
26

27

28