1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  Michael J. Reynolds, Betsy Strauss
   and City of Santa Rosa
7

8

9

10                    UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  RANDALL L. EDWARDS, BETTY SUE              Case No.  C 07 4710 (MMC)
    EDWARDS,
                                               **DEFENDANT CITY OF SANTA
14          Plaintiffs,                        ROSA'S ANSWER TO COMPLAINT**
    v.
15
    MICHAEL J. REYNOLDS, BETSY                 **DEMAND FOR JURY TRIAL**
16  STRAUSS, CITY OF SANTA ROSA, A
    Municipality,
17
            Defendants.
18  _____/

19

20         Defendant City of Santa Rosa answers the complaint as follows:

21         1.      Defendant admits the allegations of paragraphs 1, 2, 3, 11, and 21.

22         2.      Defendant denies the allegations of paragraphs 13, 14, 16, 19, 20, 26, 29, 30, 33,

23  34, 36, 37, 39, 40, 41, 43, and 44.

24         3.      Responding to paragraph 4, because this allegation is vague and unintelligible

25  with respect to "other interested parties", defendant denies this allegation.

26         4.      Responding to paragraph 5, the plaintiffs own property in the Northern District,

27  defendants Reynolds and Strauss live in the Northern District and the City of Santa Rosa is

28  located in this district.  The Northern District of California is the proper venue.

Answer to Complaint                                                                                1

1    5.    Responding to paragraph 6, defendant admits that this court generally has federal
2 question jurisdiction.  Otherwise, defendant denies each other allegation.

3    6.    Responding to paragraph 7, defendant has no information or knowledge when
4 plaintiffs bought their home.  Otherwise, defendant denies each other allegation.

5    7.    Responding to paragraph 8, defendant does not have sufficient information or
6 knowledge to admit these allegations and therefore denies them.

7    8.    Responding to paragraph 9, defendant does not have sufficient information or
8 knowledge to admit these allegations and therefore denies them.

9    9.    Responding to paragraph 10, defendant does not have sufficient information or
10 knowledge to admit these allegations and therefore denies them.

11    10.    Responding to paragraph 12, defendant admits the allegations of the
12 subparagraphs except for 4, 7 and 8.  As to these particular subparagraphs, plaintiffs were
13 notified that the specified construction or installation was also without proper plans, permits and
14 inspections.

15    11.    Responding to paragraph 15, defendant does not have sufficient information or
16 knowledge to admit these allegations and therefore denies them.

17    12.    Responding to paragraph 17, defendant does not have sufficient information or
18 knowledge to admit these allegations and therefore denies them.

19    13.    Responding to paragraph 18, defendant admits that an administrative hearing was
20 conducted over which defendant Strauss presided.  Otherwise, defendant denies each other
21 allegation.

22    14.    Responding to paragraph 22, defendant admits that the plaintiffs sent written
23 correspondence in April 2007, addressed to defendant Strauss, a copy of which was received in
24 the City Manager's office on April 19, 2007.  This correspondence was copied to City Council
25 members John Sawyer, Jane Bender, Veronica Jacobi, Susan Gorin and former council member,
26 Mike Martini. Otherwise, defendant denies each other allegation.

27    15.    Responding to paragraph 23, defilant lacks sufficient information to admit these
28 allegations and therefore denies them.

Answer to Complaint                                                                                                                 2

1    16.    Responding to paragraph 24, defendant lacks sufficient information to admit these allegations and therefore denies them.

17.    Responding to paragraph 25, defendant is unable to determine the what, when and where of the delivery. Defendant Strauss was served with a copy of the complaint. Otherwise, defendant denies each other allegation.

18.    Responding to paragraph 28, defendant admits that plaintiffs are alleging due process violations. Otherwise, defendant denies each other allegation.

19.    Responding to paragraph 32, defendant admits that plaintiffs are asserting a cause of action or claim but otherwise denies the content of these allegations.

## AFFIRMATIVE DEFENSES

1. The complaint, and each cause of action, fails to state a cause of action.
2. The plaintiffs failed to exhaust non-judicial remedies.
3. The plaintiffs failed to exhaust state procedure.
4. Defendants are entitled to qualified immunity.
5. Defendant Strauss is entitled to absolute judicial immunity.
6. Plaintiffs' claims are barred by the doctrine of res judicata and collateral estoppel.
7. Plaintiffs failed to mitigate their damages.
8. Plaintiffs failed to avail themselves of an adequate post-deprivation remedy.
9. The state law claims are barred by *California Government Code §§* 815, 815.2, 818.4, 818.6, 818.8, 820.2, 820.4, 821.6, 821.8, 822.2 and *California Civil Code §* 47.
10. Plaintiffs' claims are barred by the doctrines of estoppel and waiver.

\\
\\
\\
\\
\\
\\
\\

Answer to Complaint    3

**PRAYER**

Defendant requests that the complaint be dismissed with prejudice and that defendant be awarded costs of suit.

Defendant above-named requests a jury trial on all issues as allowed by law.

Dated:   December _____, 2007

_____
MICHAEL J. CASEY
Assistant City Attorney
Attorney for Defendants Michael J. Reynolds, Betsy Strauss and City of Santa Rosa

Answer to Complaint

4