1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  Michael J. Reynolds and Betsy Strauss

7

8

9              UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 RANDALL L. EDWARDS, BETTY SUE          Case No.  C 07 4710 (MMC)
   EDWARDS,
                                          **ADR CERTIFICATION BY PARTIES**
13         Plaintiffs,                    **AND COUNSEL**
   v.
14
   MICHAEL J. REYNOLDS, BETSY             Judge:   Hon. Maxine Chesney
15 STRAUSS, CITY OF SANTA ROSA, A
   Municipality,
16
           Defendants.
17 _____/

18

19

20      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

21 that he or she has:

22      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

23 *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed*

24 *copies are available from the clerk's office for parties in cases not subject to the court's*

25 *Electronic Case Filing program (ECF) under General Order 45*);

26      **(2)** Discussed the available dispute resolution options provided by the Court and private

27 entities; and

28      **(3)** Considered whether this case might benefit from any of the available dispute

ADR Certification by Parties and Counsel                                           1

1  resolution options.

2

3

4  Dated: November ____, 2007
                                                    _____
5                                                   LYNNE MARGOLIES
                                                    Risk Manager
                                                    City of Santa Rosa

6

7  Dated:  November ____, 2007
                                                    _____
                                                    MICHAEL J. REYNOLDS
                                                    Defendant

8

9  Dated:  November ____, 2007
                                                    _____
10                                                  MICHAEL J. CASEY
                                                    Assistant City Attorney
                                                    Attorney for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28