PROOF OF SERVICE

(CCP 1013a, 2015.5; CRC 2008)

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Santa Rosa City Attorney's Office, City Hall, 100 Santa Rosa Avenue, Room 9, Santa Rosa, California.

On December 10, 2007, I served the attached: **ADR CERTIFICATION BY PARTIES AND COUNSEL,** on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

Randall L. Edwards
Betty Sue Edwards
320 College Avenue, Suite 300
Santa Rosa, CA 95401

[X]     (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the Santa Rosa City Attorney's Office for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]     (BY OVERNIGHT DELIVERY) I deposited such sealed envelope in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) noted above.

[ ]     (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on December 10, 2007, at Santa Rosa, California.

_____
L.A. Smith