1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6

7

8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  RANDALL L. EDWARDS, BETTY SUE          Case No.  C 07 4710 (MMC)
    EDWARDS,
                                           **CERTIFICATION OF INTERESTED**
13         Plaintiffs,                     **ENTITIES OR PERSONS**
    v.
14
    MICHAEL J. REYNOLDS, BETSY             [Civil L.R. 3-16]
15  STRAUSS, CITY OF SANTA ROSA, A
    Municipality,
16
           Defendants.
17  _____/

18

19

20       Pursuant to Civil L.R. 3-6, the undersigned certifies that as of this date, other than the

21  named parties, there is no such interest to report.

22

23

24  Dated:  December ____, 2007         _____
                                        MICHAEL J. CASEY
25                                      Assistant City Attorney
                                        Attorney for Defendants
26

27

28

Certification of Interested Entities or Persons                                          1