1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404

4  Telephone: (707) 543-3040
   Facsimile:  (707) 543-3055
5
   Attorneys for Defendants
6  Michael J. Reynolds and Betsy Strauss

**FILED**

DEC 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, BETTY SUE EDWARDS, | Case No. C 07 4710 (MMC) |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE** |
| v. | |
| MICHAEL J. REYNOLDS, BETSY STRAUSS, CITY OF SANTA ROSA, A Municipality, | Date: December 21, 2007<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. | Judge: Hon. Maxine Chesney |

The parties agree and stipulate that the Joint Case Management Conference may be continued from December 21, 2007 to Friday, February 22, 2008, at 10:30 a.m. The joint case

\\
\\
\\
\\
\\

Stipulation and Order                                                                                                                          1

1  management conference statement shall be filed in accordance with the new date of February 22,
2  2008.

5  Dated: 11/27/07, 2007          _____
                                   Randall L. Edwards,
6                                  Plaintiff, Pro Se

8  Dated: 1.27/07, 2007           _____
                                   Betty Sue Edwards,
9                                  Plaintiff, Pro Se

11 Dated: 11.27.07, 2007          _____
                                   Michael J. Casey,
12                                 Attorney for Defendants Michael J. Reynolds
                                   and Betsy Strauss

15       PURSUANT TO STIPULATION, IT IS SO ORDERED, and the Case Management Conference initially scheduled for December 21, 2007, and thereafter continued by Clerk's Notice to January 4, 2008, is further continued to February 22, 2008.

                                   _____
                                   Judge Maxine M. Chesney
18                                 United States District Judge

Stipulation and Order                                                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDALL L. EDWARDS et al,

    Plaintiff,

v.

MICHAEL J. REYNOLDS et al,

    Defendant.

Case Number: CV07-04710 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty Sue Edwards
Randall L. Edwards
320 College Avenue, Suite 300
Santa Rosa, CA 95401

Dated: December 26, 2007

    Richard W. Wieking, Clerk

    *Tracy Lucero*

    By: Tracy Lucero, Deputy Clerk