# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 30 PM 12:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

E-filing

Randall L. Edwards,
Betty Sue Edwards,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael J. Reynolds,
Betsy Strauss,
City of Santa Rosa, A municipality

C 07 4710 JCS

TO: (Name and address of defendant)

Michael Reynolds
100 Santa Rosa Avenue
Post Office Box 1678
Santa Rosa, CA 95402-1678

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Randall L. Edwards
Betty Sue Edwards
320 College Ave., Ste 300
Santa Rosa, CA 95401

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

/s/
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-17-2007 |

| Name of SERVER | | TITLE |
|---|---|---|
| M. P. Buskirk | | P-365 Process Server Sonoma County |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Michael J Reynolds 100 Santa Rosa Avenue Parking Lot Santa Rosa, CA 95402

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $220.00 | TOTAL $220.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-17-2007
Date

Signature of Server: M.P. [signature]

Address of Server: 509 Orchard Street, Santa Rosa CA 95404

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Randall L. Edwards,
Betty Sue Edwards,

E-filing

SUMMONS IN A CIVIL CASE

CASE NUMBER:

v.

Michael J. Reynolds,
Betsy Strauss,
City of Santa Rosa, A municipality

C 07 4710

TO: (Name and address of defendant)

Betsy Strauss
1595 King Avenue
Napa, CA 94559

JCS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Randall L. Edwards
Betty S. Edwards
320 College Ave., Ste 300
Santa Rosa, CA 95401

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

SEP 1 3 2007
DATE

_/s/_
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-14-2007 |

| Name of SERVER | |
|---|---|
| M. P. Buskirks | TITLE Process Server Sonoma County P-365 |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Betsy Strauss 1595 King Avenue Napa, CA 94559

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 60.00 | TOTAL 60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-14-2007
Date

Signature of Server  M. P. [signature]

Address of Server  509 Orchard Street Santa Rosa, CA 95404

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# Invoice

Fast Track Attorney & Legal Support Service
509 Orchard St. Suite-D
Santa Rosa, CA 95404
(707) 528-8663

| Date | Invoice # |
|---|---|
| 9/19/2007 | 107 |

| Bill To |
|---|
| Betty & Randall Edwards<br>320 College Ave., Ste 300<br>Santa Rosa, CA 95401 |

| Description | Amount |
|---|---|
| Personal Service of: Michael J. Reynolds (C 07 4710 JCS) | 45.00 |
| Watch Address for Service of Process | 175.00 |
| Personal Service of: Agent who excepts service for the District Attorney (C 07 4710 JCS) | 45.00 |
| Personal Service of: Betsy Strauss (C 07 4710 JCS | 60.00 |
| Personal Service of: Lynda Millspaugh (C 07 04710 JCS) | 45.00 |

Thank you for your business.

**Total** $370.00



Randall & Betsy S. Edwards
300 College Ave, Ste 300
Santa Rosa, CA 95401

NOT
NOV 5 '07
UNCLAIMED

UNCLAIMED

Betsy Strauss
1595 King Avenue
Napa, C

7002 3150 0003 9254 3583

CERTIFIED MAIL

NIXIE     945     CC  1          30    11/18/07
          RETURN TO SENDER
          UNCLAIMED
          UNABLE TO FORWARD

BC: 95401515075     *2005-12070-24-39

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Betsy Strauss
1595 King Ave.
Napa, CA 94559

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7002 3150 0003 9254 3583

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## PROOF OF SERVICE FORM
*Delivery by U.S. Mail*

I declare that I, _Rebecca Asbury_, am over the age of eighteen years and not a party to the within entitled case.

My work address is: _None_

On _12/20/07_, I served the attached letter by placing a true copy with postage thereon fully prepaid in a sealed envelope in the United States mail, address as follows:

documents enclosed:
1) ADR Certification - Plaintiffs
2) Rule 26(a) Initial Disclosure - Plaintiffs
3) Response to draft from Defendants & Michael Casey, Atty.

Name: Brien J. Farrell, City Attorney
       Michael J. Casey, Assist. City Atty.
Address: City of Santa Rosa
         100 Santa Rosa Avenue, Room 8
City, State, ZIP: Santa Rosa, CA 95404

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _12/20/07_ in _Santa Rosa_, California.

_Rebecca Asbury_
(Print name)

_[signature]_
(Signature)

```
1  RANDALL EDWARDS, BETTY SUE EDWARDS
   320 COLLEGE AVENUE, STE. 300
2  SANTA ROSA, CA 95401

3  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
4  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
5  Santa Rosa, CA 95404

6
```

7      UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL EDWARDS, BETTY SUE EDWARDS | Case No.: Case No. C 07 4710 (MMC) |
| Plaintiff, | PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURE (F.R.C.P. 26(a)(1) |
| vs. | |
| MICHAEL J. REYNOLDS, BETSY STRAUSS, CITY OF SANTA ROSA, A Municipality, | |
| Defendant | |

Plaintiffs make their initial disclosures, under Rule 26(a), based on information now reasonably known to them:

A.  <u>Individuals Likely To Have Discoverable Information</u>

1.  Jerrud Edwards
    320 College Avenue, Ste 300
    Santa Rosa, CA 95401
    (707)481-5668

Jerrud Edwards is the son of the Plaintiffs. Jerrud was present when Michael J. Reynolds and Oscar Serrano came to the property at 5976 Yerba Buena Road to discuss some alleged code violations.

2.  Arthur Zezza
    P.O. Box 14814
    Santa Rosa, CA 95402
    (707)332-7522

-1-

Arthur Zezza has information regarding obtaining the files on 5976 Yerba Buena Road.

3. Sam Lynch
Building Inspector/Code Enforcement Officer
100 Santa Rosa Avenue
Santa Rosa, CA 95404
(707)543-3040

Ms. Lynch was assigned the code enforcement matter involving the plaintiffs in 2006. She has information concerning the code violations; discussions with plaintiffs regarding corrections, permits, change of ownership, and notices of violations; and notices and conduct of the administrative hearing.

4. Michael J. Reynolds
Senior Building Inspector
100 Santa Rosa Avenue
Santa Rosa, CA 95404
(707)543-3040

Mr. Reynolds inspected the plaintiffs' property and has information regarding code violations, permit issues, required corrections and conversions/correspondence with plaintiffs and their son.

5. Oscar Serrano
Code Enforcement Officer
100 Santa Rosa Avenue
Santa Rosa, CA 95404
(707)543-3040

Mr. Serrano has information regarding the City inspections of the plaintiffs' property, code violations, permit issues, required corrections and conversations/correspondence with plaintiffs and their son.

6. Shannon Cavallero
Senior Administrative Assistant
Patti Pacheco-Gregg
Senior Administrative Assistant
100 Santa Rosa Avenue
Santa Rosa, CA 95404
(707)543-3040

Ms. Cavallero was a senior administrative assistant and Ms. Pacheco-Gregg was an administrative secretary who both assisted the City's code enforcement division.

1  They mailed and served various notices, notices and orders, and other
2  correspondence related to the administrative hearing(s) concerning the plaintiffs'
3  property.

4      7.    Betsy Strauss
          c/o City of Santa Rosa
5          100 Santa Rosa Avenue
          Santa Rosa, CA 05404
6          (707)543-3040

7  Ms. Strauss is a private attorney who serves on the City's administrative
8  hearing officer panel. Ms. Strauss resides in Napa, California. She was the
9  hearing officer who conducted the hearing on plaintiffs' code violations and issued
10 the administrative order.

11     8.    We will subpoena qualified construction experts, unknown at this time.

12     B.    <u>Documents, Information and Tangible Things Within the Defendants'</u>
13          <u>Possession, Custody or Control.</u>

14 The City maintains an agency or investigative file concerning the plaintiffs'
15 property. The file is entitled "Yerba Buena Road - 5976 CE 06-0235." Within
16 that file are the following category of documents:

17        1.    Permit information related to 5976 Yerba Buena Road.
18        2.    Copies of correspondence that building inspectors sent to
19            plaintiffs
20        3.    Correspondence that building inspectors received from plaintiffs.
21        4.    Photographs of the property.
22        5.    Aerial photographs of the property.
23        6.    Plans and diagrams concerning the residence at 5976 Yerba Buena
24            Road.
25        7.    Property ownership and title information concerning 5976 Yerba
26            Buena Road.
27        8.    Notices of code violations at 5976 Yerba Buena Road.
28        9.    Certification of violation of city ordinance.

10. Staff report and supporting documents for the administrative hearing held on November 13, 2006.
11. The administrative enforcement order issued by Betsy Strauss.
12. Proofs of service for notices, notice and order and proceeding related to administrative hearing.
13. Inspector case notes.
14. Complaint cards.
15. Return receipts for mailings concerning 5976 Yerba Buena Road.
16. Microfiche maps of 5976 Yerba Buena Road.

Dated this 19th day of December, 2007

RANDALL EDWARDS, Pro Se

BETTY SUE EDWARDS, Pro Se

-4-

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/28/2007 |
| NAME OF SERVER (PRINT) M. P. BUSKIRK | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
SAUNDRA K. CECIL (AGENT FOR SERVICE FOR CITY OF SANTA ROSA)
100 SANTA ROSA AVENUE, ROOM #8, SANTA ROSA, CA 95404

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL N/A | SERVICES Service of Process | TOTAL $45.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/2007
                Date                    Signature of Server

509 Orchard Street, Santa Rosa, CA 95404
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

December 19, 2007

RE: Case No. C 07 4710 (MMC)

Plaintiffs: Randall L. Edwards
Betty Sue Edwards

Defendants: Michael J. Reynolds
Betsy Strauss
City of Santa Rosa, A Municipality

Please find enclosed a copy of proof of service of constructive legal notice to:

1. Michael J. Reynolds
2. Betsy Strauss
3. City of Santa Rosa Clerk's office

Please find enclosed a copy of the bill that was for personal service paid to:

Fast Track Attorney & Legal Support Service
509 Orchard Street, Suite D
Santa Rosa, CA 95404
(707)528-8663

Please find enclosed a copy of the registered letter to Betsy Strauss which was sent to the same address as she was personally served September 14, 2007 and the letter was sent November 20, 2007. Ms. Strauss did not pick up the registered letter and it was returned to us as unclaimed on November 18, 2007.

Sincerely,

Randall Edwards

Betty S. Edwards