**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: FEB 22 2008

**FILED**

FEB 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-07-4710-MMC

Randall L Edwards et al v. Michael J. Reynolds et al

Attorneys: NO APPEARANCE        Matthew Le Blanc

Deputy Clerk: **TRACY LUCERO**        Reporter: NOT REPORTED

**PROCEEDINGS:**                                **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference     ( ) P/T Conference     (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Court to issue an order to show cause.

(✓) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court ✓

( ) Referred to Magistrate For:_____
    ( ) By Court
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for ____ days
                  Type of Trial: ( )Jury    ( )Court
Notes: Clerk called ∏'s' - got answering machine @ both phone numbers - no message left.