**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   RANDALL L. EDWARDS, BETTY SUE            No. C 07-4710 MMC
     EDWARDS,
11                                            **ORDER TO SHOW CAUSE**
                   Plaintiffs,
12
       v.
13
     MICHAEL J. REYNOLDS, et al.,
14
                   Defendants.
15   _____/
16
17        On February 22, 2008, plaintiffs failed to appear as ordered at a regularly scheduled
18   Case Management Conference in the above-entitled action.  Counsel for defendants
19   appeared.
20        Accordingly, plaintiffs are hereby ordered to show cause, in writing, filed with the
21   Court and served on opposing counsel no later than March 7, 2008, why the case should
22   not be dismissed for failure to prosecute.
23        If plaintiffs fail to timely respond to this Order, the case will be dismissed pursuant to
24   Rule 41(b) of the Federal Rules of Civil Procedure.
25        **IT IS SO ORDERED.**
26   Dated:  February 22, 2008
27                                            MAXINE M. CHESNEY
                                             United States District Judge
28