Randall Edwards, Betty Sue Edwards
320 College Ave, Ste 300
Santa Rosa, Ca 95401

FILED

08 MAR -5 PM 12:09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDALL EDWARDS, BETTY SUE
EDWARDS,
        Plaintiffs,

VS

MICHAEL J. REYNOLDS, et al.,

        Defendants,
_____/

Case No. C07-4710 (MMC)

PLAINTIFFS ANSWER FOR THE SHOW CAUSE

Plaintiffs un-intentionally failed to appear at the required February 22, 2008 Case Management Conference. It has been ordered by the Honorable Maxine M. Chesney to SHOW CAUSE why the case should not be dismissed for failure to prosecute.

Plaintiffs provide the following reasons and events that took place to try and justify their failure to appear:

1. Randall was taking care of his brother-in-law, Walt (in Redding, CA) until he passed away Jan. 24th. Randall actually changed the bloody chucks under Walt and continued the constant care with hospice until Walt passed away at home. Please see attached Exhibit A. Walt was our brother-in-law for over 35 years and we lived right next door to each other while our kids were growing up together. He then took care of the funeral arrangements as well as taking care of his mentally handicapped niece after the death. To date, his sister Rhonda and his niece Dawn are not stable mentally.
2. Betty Sue was in Willits, CA taking care of her brother, John Hood, at the same time and he was not expected to survive. Betty Sue drove back and forth from Willits to Redding several times. We are still taking care of Sue's brother to ensure that he is remaining in sobriety. John remains in very poor health both mentally and physically to date. John must have daily care and is not able to live on his own to date.
3. We both absolutely believed that we had an extension from the court, when in fact it was an extension from the defense attorney regarding the response to the interrogatories.

## PROOF OF SERVICE

(CCP 1013a, 2015.5CRC 2008)

I am over the age of 18 years and not a party to the within action. The address is 320 College Avenue, Ste. 300, Santa Rosa, CA.

On March 4, 2008, I served the attached: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,** on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

OFFICE OF THE CITY ATTORNEY
Brien J. Farrell, City Attorney
Michael J. Casey, Assistant City Attorney
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95404

[ ]  (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[X]  (BY OVERNIGHT DELIVERY) I deposited such sealed envelope in a box or other fairly regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) above.

[ ]  (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on March 4, 2008, at Santa Rosa, California.

_____
Rebecca C. Asbury

### Jeannette A. Dinning

REDDING - Jeannette A. Dinning, 73, was born December 27, 1934 in Yreka CA. and passed away January 27, 2008 in Redding, Ca.

She was preceded in death by husbands Leroy Goltz, Ray Dixon, William Dinning, son Eugene (Goltz) Dixon, grandson Justin Merryman and daughter-in-law Carol Dinning. She is survived by daughter Janis Merryman of Shingletown, stepdaughters Sharon Dixon of Sacramento, Sandra Cripps of Charlotte, NC, step-son Charles Dinning of Redding, 12 grandchildren and 13 great-grandchildren. Also, 2 sisters Maxine Bolt of Fieldbrook, Deanna Silva of Oroville, and 2 brothers Larry Lighthill of Palo Cedro and Richard Lighthill of Etna.

Services will be held Tuesday February 5, 2008 at 1 p.m. at Allen & Dahl Funeral Chapel. 2655 Eureka Way, Redding. She will be interned with William at the Northern Ca. Veterans Cemetery.

Please sign the guestbook at http://obituaries.redding.com

### Walter E. Beckwith

REDDING - Walter Edward Beckwith III, also known as Butch, moved on to the next life January 24, 2008 at his home in Redding, California surrounded by his loving family.

Walt is survived by his wife Rhonda of 34 years, son Steven, daughter Dawn, grandson Storm, granddaughters Stephanie and Baylie, best friend and brother-in-law Randall Edwards, his mother Stella Beckwith, stepfather Henry Beckwith and sisters Susan and Kathy Rogina.

Walt was born in Ukiah, California, January 7, 1954. He was an Eagle Scout which led to his love for the great outdoors where his favorite sports were hunting and trout fishing. He enjoyed his annual hunting trips with his cousins in the summers and numer- (Golden 1 Credit Union, 1040 East Cypress #A, Redding, CA 96002) as it was Walt's wish to be laid to rest at a family retreat on the river.

Please sign the guestbook at http://obituaries.redding.com

### Bryce Modrell



REDDING - Born January, 20, 1921, passed away January, 28, 2008. Bryce was the beloved husband of Emma for 65 years. He is also survived by daughter Deanna Scott of Redding and son Dwight Modrell of Sunnyvale, four grandchildren and five great grandchildren.

Bryce lived in the Redding area for 60 years. A veteran of WWII, serving in the Army, stationed in South Pacific. Started his career in logging in Oregon and California. Also worked in construction to build dams, bridges and highways. His greatest loves were his family, grandchildren, square dancing, music, travel and woodcrafts. Bryce will be deeply missed not only by his family but by many close friends.

The family request in lieu of flowers, you can donate to IOOF Lodge #141, 22551 Silverlode Lane Millville, CA 96073. Bryce's Memorial Service will be held at McDonald's Chapel on February 4, 2008 at 2 p.m.

Please sign the guestbook at http://obituaries.redding.com

### Robert "Pete" Conrad Nagel



REDDING - Robert "Pete" Conrad Nagel passed away in Redding on Sunday, January 6, 2008 at the age of 87. Pete was born June 28, 1920 in Great Falls, Montana, to Jacob and Elsie Nagel.

Pete is survived by his

ters Sharon Dixon of
mento, Sandra Cripps
arlotte, NC, step-son
es Dinning of Red-
12 grandchildren and
at-grandchildren.
2 sisters Maxine Bolt
ldbrook, Deanna Silva
ville, and 2 brothers
Lighthill of Palo Ce-
nd Richard Lighthill
a.

vices will be held
lay February 5, 2008
m. at Allen & Dahl Fu-
Chapel. 2655 Eureka
Redding. She will be
ied with William at
orthern Ca. Veterans
tery.

sign the guestbook at
/obituaries.redding.com

### er E. Beckwith

DDING - Walter Ed-
Beckwith III, also
n as Butch, moved on
next life January 24,
it his home in Red-
California sur-
led by his loving fam-

It is survived by his
Rhonda of 34 years,
teven, daughter Dawn,
lson Storm, grand-
iters Stephanie and
e, best friend and
er-in-law Randall Ed-
s, his mother Stella
with, stepfather Henry
with and sisters Susan
athy Rogina.
It was born in Ukiah,
rnia, January 7, 1954.
is an Eagle Scout
led to his love for the
outdoors where his
ite sports were hunt-
d trout fishing. He
ed his annual hunting
with his cousins in
immers and numer-
shing trips with his
eve and grandson
.

norial services will be
Monday February 4, 12
at McDonald's Fu-
Chapel, 1275 Conti-
l St, Redding Califor-
i lieu of flowers me-
l donations can be
to: "Walter Beckwith
rial Fund, Rhonda
vith Account #902178"



husband of
Emma for 65
years. He is
also survived by daughter
Deanna Scott of Redding
and son Dwight Modrell of
Sunnyvale, four grandchil-
dren and five great grand-
children.

Bryce lived in the Red-
ding area for 60 years. A
veteran of WWII, serving in
the Army, stationed in
South Pacific. Started his
career in logging in Oregon
and California. Also
worked in construction to
build dams, bridges and
highways. His greatest
loves were his family,
grandchildren, square
dancing, music, travel and
woodcrafts. Bryce will be
deeply missed not only by
his family but by many
close friends.

The family request in
lieu of flowers, you can do-
nate to IOOF Lodge #141,
22551 Silverlode Lane Mill-
ville, CA 96073. Bryce's Me-
morial Service will be held
at McDonald's Chapel on
February 4, 2008 at 2 p.m.

Please sign the guestbook at
http://obituaries.redding.com

### Robert "Pete" Conrad Nagel

REDDING - Robert "Pete"
Conrad Nagel passed away
in Redding on
Sunday, Janu-
ary 6, 2008 at
the age of 87.
Pete was born
June 28, 1920 in
Great Falls, Montana, to Ja-
cob and Elsie Nagel.



Pete is survived by his
daughter Lynda Nagel of
Redding; son Ronald Nagel
of Sacramento; step-chil-
dren, Odus Powell of Burnt
Ranch; Carroll Powell of
Weaverville, William Pow-
ell of Pioneer, and Sue Cow-
art of Pine Grove. He is also
survived by numerous
nieces, nephews, grandchil-
dren, great grandchildren
and other family members.
He was preceded in death

Randall Edwards
Betty S. Edwards
320 College Ave, Ste 300
Santa Rosa, CA 95401

RETURN RECEIPT REQUESTED

7006 2150 0001 6336 5986

Office of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

9410 2383 661 0004

U.S. POSTAGE PAID
SANTA ROSA, CA
95405
MAR 04, '08
AMOUNT
$4.80
00006629-13


