**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, et al., | No. C-07-4710 MMC |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MICHAEL J. REYNOLDS, et al., | |
| Defendants | |

Before the Court is plaintiffs' "Answer for the Show Cause," filed March 5, 2008, by which plaintiffs respond to the Court's February 22, 2008 order directing them to show cause why the above-titled action should not be dismissed for failure to prosecute in light of their non-appearance at the February 22, 2008 Case Management Conference.

In their response, plaintiffs represent they "absolutely believed" they "had an extension from the court, when in fact it was an extension from the defense attorney regarding the response to interrogatories." Plaintiffs fail to explain how they could reasonably interpret an agreement with defendants to extend the time to answer interrogatories as a court order continuing a case management conference. Nonetheless, the Court will exercise its discretion not to dismiss the action for failure to prosecute, and, accordingly, DISCHARGES the order to show cause.[1]

---

[1] Plaintiffs are advised that they must comply with any court order unless and until the Court orders otherwise.

A Case Management Conference is hereby set for May 2, 2008. A Joint Case Management Statement shall be filed no later than April 25, 2008.

All parties, or their counsel, must personally appear at the May 2, 2008 Case Management Conference. Failure to appear will subject a party to sanctions.

**IT IS SO ORDERED.**

Dated: March 11, 2008

MAXINE M. CHESNEY
United States District Judge