Randall L. Edwards
Betty Sue Edwards
320 College Ave. Ste 300
Santa Rosa, CA 95401
Phone: 707-484-6865
Fax: 707-571-2002

FILED
MAR 19 P 12:16
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

IN THE DISTRICT COURT OF THE UNITED STATES

NORTHER DISTRICT OF CALIFORNIA



| | |
|---|---|
| Randall L. Edwards<br>Betty Sue Edwards,<br>  Plaintiffs,<br><br>VS.<br><br>Michael J. Reynolds<br>Betsy Strauss,<br>City of Santa Rosa, A municipality<br>  Defendants | Case No.: C 07-4710 (MMC)<br><br>**ANSWERS TO INTERROGATORIES**<br>**SET ONE** |

INTERROGATORY NO. 1

ANSWER: Defendants tried to fine Plaintiffs for the garage that was allegedly built into inhabitable space. This was done prior to the house being purchased. This house was purchased by Plaintiffs in 1986.

Defendants tried to state that the retro fit windows were done without a permit and in fact there is no requirement for a permit to install retro fit windows. This has been verified by two separate window contractors and they will testify to the above fact.

INTERROGATORY NO. 2

-1-

ANSWER: Please see witnesses listed in the answer to INTERROGATORY NO. 3

INTERROGATORY NO. 3.

ANSWER: The Defendants cannot prove when the alleged violations occurred and neither can the Plaintiffs. You cannot apply laws or timelines that do not exist. We have many witnesses to support that statement.

| | | |
|---|---|---|
| Neka Huffman<br>71 Madrone Street<br>Willits, CA 95490 | Clayton Dehart<br>449 Bosley Street<br>Santa Rosa, CA 95404 | Jerrud Edwards<br>320 College Ave., Ste 300<br>Santa Rosa, CA 95401 |
| Mary Jane Hood-Devine<br>801 Coast Street<br>Willits, CA 95490 | Shane Shimmel<br>1674 Kerry Lane<br>Santa Rosa, CA 95403 | |
| Henry & Elaine Carrington<br>645 Starlight Circle<br>Reno, NV 89509 | Dan MacRury<br>4951 Marshall Drive<br>Santa Rosa, CA 95409 | |
| Chad Edwards<br>712 Morgan Street<br>Santa Rosa, CA 95401 | Ralph Rieberra<br>416 Umland Drive<br>Santa Rosa, CA 95403 | |
| Asa Heintz<br>5915 Monte Verde Drive<br>Santa Rosa, CA 95409 | Jeremy Loughery<br>2501 Midway Drive<br>Santa Rosa, CA 95405 | |
| Don Sommers<br>1540 Pinebrook Place<br>Santa Rosa, CA 95403 | Rebecca Asbury<br>1984 HWY 50 #4625<br>Carson City, NV 89701 | |
| John Frizzel<br>1674 Kerry Place<br>Santa Rosa, CA 95403 | Art Zezza<br>1788 Cooper Drive<br>Santa Rosa, CA 95404 | |

INTERROGATORY NO. 4. Jack Smith Glass and Sash 1050 North Dutton Ave Santa Rosa, Ca 95401 Jeremy Loughery (contractor) 2501 Midway Drive, Santa Rosa, Ca 95405, Deejay's Sash and Glass Inc. 477 Quillco Ct. Santa Rosa, Ca 95407

INTERROGATORY NO. 5.

ANSWER: Same as 3

INTERROGATORY NO.6.

ANSWER: Same as 4

INTERROGATORY NO. 7.

ANSWER: Same as #1 and #3

INTERROGATORY NO.8.

ANSER: Same as #2

INTERROGATORY NO.9.

ANSWER: As stated in the complaint, Defendant Reynolds does not know when these alleged violations actually occurred, example 5 years ago or did the house come with these things already done. Plaintiffs have (20) witnesses that these alleged violations have always existed.

INTEROGATORY NO.10.

ANSWER: Same as 3.

INTERROGATORY NO.11.

ANSWER: Arthur Zezza (address listed in INTERROGATORY NO.3) went down to city and county. Three times he went to pull the file and the file was not available. The clerk stated, "when employee pulls the file they are supposed to leave a card. There is no file available" Defendant Reynolds admitted later, "I forgot to leave my card when I took the file"

INTERROGATORY NO.12.

ANSWER: Affidavit from Arthur

INTERROGATORY NO.12:

ANSWER: Same as NO.12

INTERROGARTY NO.13:

ANSWER: (Administrative Enforcement Order) As stated, we did not stipulate to an administrative attorney. Plaintiffs were never served notice of this alleged hearing.

1  INTERROGARORY NO.14:

2

3  INTERROGATORY NO.15:

4  ANSWER: Same as 13

5  INTERROGATORY NO.16:

6  ANSWER: We wouldn't know the answer to that because we don't know why they didn't serve
7  notice.

8  INTERROGTORY NO.17: From day one, the code enforcement agents trespassing on our private
9  property alleging all the supposed violations and threats (while my son was present) said "I am
10 going to fine you thousands of dollars a day!" The constant badgering and threats from Defendant
11 Michael J. Reynolds caused severe stress that turned into physical illnesses to the Plaintiffs health.
12 Plaintiff Randall L Edwards had to have medical attention to increase (double) Plaintiffs blood
13 pressure medication. The Plaintiff's doctor is recommending even increases the medication further
14 because of all the related stress. This doctor was consulted and is fully aware of all the activities
15 related to the Defendants actions and has related the stress and blood pressure problems to the
16 Defendants actions.
17 Plaintiffs Real Estate Broker will testify that Plaintiffs were top 10 in Sonoma County in real
18 estate sales. Because of Defendants actions, Plaintiff's Broker had to give a leave absence from
19 the firm to try and defend their family home against the Defendants.
20 Furthermore, the fact that the Defendants obtained an Administrative Enforcement Order for
21 $176,000.00 without our knowledge against our private property and still is pending.
22 INTERROGATORY NO.18.
23 Please see attached statement from:
24 Ted Horsman, Broker
25 RE/MAX CENTRAL
26 320 College Ave., Ste 300
27 Santa Rosa, CA 95401
28

-4-

All the witnesses in INTERROGATORY NO.3 will testify to the fact that the health of both of the Plaintiffs has diminished since the Defendants actions.

_Randall L. Edwards_  3/14/08
Randall L. Edwards              Date

_Betty S. Edwards_  March 14, 2008
Betty S. Edwards               Date



March 14, 2008

For the record I met with Sue Edwards on January 25, 2007, she stated that due to Randall Edwards's high blood pressure and medical condition I have agreed to put Randall Edwards on an extended leave of absence. As of today he is still currently on leave of absence.

It is unfortunate that Randall Edwards had to go on Medical leave due to his high Blood pressure. Randall Edwards has always been a top producer with RE/MAX Central Santa Rosa since January 2000. Since being an Agent, he was always rated top producer in Sonoma County amongst all the other brokerages.

The above statement is true and correct.

E. Horsman,
Broker/Owner
RE/MAX Central Santa Rosa

**RE/MAX** Central Santa Rosa
"World Wide Real Estate"
320 College Avenue, Suite 300
Santa Rosa, California 95401
Office: (707) 524-3500
Fax: (707) 579-1190

Each Office Independently Owned and Operated

## PROOF OF SERVICE

(CCP 1013a, 2015.5CRC 2008)

    I am over the age of 18 years and not a party to the within action. My address is 320 College Avenue, Ste. 300, Santa Rosa, CA.

    On March 4, 2008, I served the attached: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,** on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

OFFICE OF THE CITY ATTORNEY
Brien J. Farrell, City Attorney
Michael J. Casey, Assistant City Attorney
100 Santa Rosa Avenue, Room 8
Santa Rosa, CA 95404

[ ]  (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]  (BY OVERNIGHT DELIVERY) I deposited such sealed envelope in a box or other fairly regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) above.

[X]  (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above.

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on March 4, 2008, at Santa Rosa, California.

_Rebecca Asbury_ 3/14/08

received by 3/14/08
TERRI KING

PROOF OF SERVICE

(CCP 1013a, 2015.5CRC 2008)

I am over the age of 18 years and not a party to the within action. My address is 320 College Avenue, Ste. 300, Santa Rosa, CA.

On March 4, 2008, I served the attached: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS,** on the following parties to this action by placing a true copy therein in a sealed envelope, addressed as follows:

OFFICE OF THE CLERK
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

[X]   (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

[ ]   (BY OVERNIGHT DELIVERY) I deposited such sealed envelope in a box or other fairly regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for to the addressee(s) above.

[ ]   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on March 4, 2008, at Santa Rosa, California.

_Rebecca Asbury_   3/14/08