**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: _____

C-07-4710-MMC

Randall Edwards et al   v   Michael J. Reynolds et al

Attorneys: Randall Edwards / Michael Casey
Betty Sue Edwards

Deputy Clerk: **TRACY LUCERO**     Reporter: Not Reported

**PROCEEDINGS:**     **RULING:**

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

( ) Status Conference    ( ) P/T Conference    (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 1/9/09.
Meet & confer by 2/23/09. Joint statement due by 1/23/09.

(✓) ORDER TO BE PREPARED BY: Plntf____ Deft____ Court ✓

(✓) Referred to Magistrate For: Settlement Conference before Mag. Zimmerman
    (✓) By Court (to be conducted in July or August this calendar permitting)
(✓) CASE CONTINUED TO 1/30/09 @10:30 for Further Status Conference

Discovery Cut-Off 10/31/08     Expert Discovery Cut-Off 12/26/08

T/A   Plntf to Name Experts by 11/21/08    T/A Rebuttal Deft to Name Experts by 12/5/08

P/T Conference Date 3/31/09 @ 3:00  Trial Date 4/13/09 @ 9:00 Set for 5-6 days
Type of Trial: (✓) Jury   ( ) Court
Notes: _____

cc: Wings; Lashanda (20 min)