UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS and BETTY SUE EDWARDS,<br><br>        Plaintiff(s),<br><br>    v.<br><br>MICHAEL J. REYNOLDS, et al.,<br><br>        Defendant(s). | No. C07-4710 MMC (BZ)<br><br>**CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference presently scheduled for Friday, July 25, 2008, at 9:00 a.m., is **continued** to **Tuesday, September 9, 2008 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Settlement conference statements are due seven (7) days prior to the Settlement Conference.  The courts previous Order otherwise remains in full force and effect.

Dated: July 22, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

1