Randall and Betty S. Edwards
320 College Avenue, Ste. 300
Santa Rosa, CA 95401



August 27, 2008

Case No.: C 07-4710 (MMC)

Honorable Bernard Zimmerman:

    We are writing this letter today to discuss the fact that we are not skilled enough to use the e-filing system that the Court asked us to check into. There has been another error in communication between us and the Court. We received a voice message from your office that the new court date would be September 9, 2008. However, we did not receive the Court's instructions regarding what had to take place prior to the hearing on September 9, 2008. We made several phone calls to Defendant's attorney to ask if we would be completing a joint settlement conference statement as we did before and we did not get a return call from Defendant's attorney.

    We went to the deposition of Betty S. Edwards on August 26, 2008. At the deposition, Randall Edwards asked Michael Casey (defendant's attorney) if he received our phone calls requesting to do a joint settlement conference statement. Mr. Casey told Randall Edwards that this is not what takes place at this time and that there are specific instructions that came from Judge Zimmerman's court. Mr. Casey further added that he did not return our phone calls because he would be seeing us in a few days at the deposition. Randall realized at this point that we did not have instructions from Judge Zimmerman's court. Later in the day of August 26th, Mr. Casey's office faxed us a copy of Judge Zimmerman's instructions immediately following Randall's conversation with Lynn at Mr. Casey's office. The timelines are not met because of the situation described above and we went to work immediately to comply with the court's instructions. Randall Edwards further called your office and left a message regarding this situation on August 26, 2008. On August 27, 2008 Simone, from your office, returned the call.

    At this time we called and informed Mr. Casey that we would be contacting Judge Zimmerman to request an extension of time so that all timelines will be met. We want to cooperate with the Court and we do want to comply with instructions, on #6, page 3 of your instructions, to best use the Court's time.

Sincerely,

_Randall Edwards_     8/27/08
Randall Edwards           Date

_Betty S. Edwards_     8/27/08
Betty S. Edwards         Date

**DENIED**
Judge Bernard Zimmerman