UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS et al, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. REYNOLDS et al, <br><br> Defendant. <br> _____/ | Case Number: CV07-04710 MMC <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER DENYING EXTENSION OF TIME**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Betty Sue Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Michael John Casey
City Attorney's Office
City of Santa Rosa
100 Santa Rosa Avenue
P.O. Box 1678
Santa Rosa, CA 95402

Randall L. Edwards
320 College Avenue
Suite 300
Santa Rosa, CA 95401

Dated: September 3, 2008

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

*Rose Maher*