# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, Sept. 9, 2008 @ 9:00 a.m.

TIME: 3 hours 15 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Edwards, et al. v. Reynolds, et al. | C07-4710 MMC (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Randall and Betty Edwards, Pro Se | Michael J. Casey |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

## PROCEEDINGS

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

### NOTES

Case did not settle.