IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDALL L. EDWARDS, et al.,

        Plaintiffs,

  v.

MICHAEL J. REYNOLDS, et al.,

        Defendants.
                                           /

No. CV-07-4710 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED.

Dated: December 1, 2008                                     Richard W. Wieking, Clerk

                                                                             By: Tracy Lucero
                                                                              Deputy Clerk