IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, et al., | No. C-07-4710 MMC |
| Plaintiffs, | **ORDER RE: PLAINTIFFS' LETTER REQUEST** |
| v. | |
| MICHAEL J. REYNOLDS, et al., | |
| Defendants | |

On December 11, 2008, defendants Michael J. Reynolds, Betsy Strauss, and the City of Santa Rosa filed a Motion for Award of Attorney's Fees, and noticed the motion for hearing on January 23, 2008. Thereafter, on December 11, 2008, plaintiffs Randall Edwards and Betty Sue Edwards filed a letter in which they request an extension of time through December 17, 2008 to submit their opposition to defendants' motion for an award of fees.

Under the Local Rules of this District, opposition to a motion shall be filed "not less than 21 days before the hearing date." See Civil L. R. 7-3(a). Consequently, plaintiffs' opposition to defendants' motion must be filed no later than January 2, 2009.

Accordingly, because plaintiffs are not required to file their opposition to defendants' motion until January 2, 2009, plaintiffs' request for an extension to December 17, 2008 is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: December 15, 2008

MAXINE M. CHESNEY
United States District Judge