IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL J. REYNOLDS, et al.,<br><br>    Defendants<br>_____/ | No. C-07-4710 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION; VACATING JANUARY 23, 2009 HEARING ON DEFENDANTS' MOTION FOR AWARD OF ATTORNEY'S FEES** |

    The Court is in receipt of plaintiffs' Motion for Reconsideration, filed December 15, 2008, by which plaintiffs seek reconsideration of the Court's December 1, 2008 order granting defendants' motion for summary judgment. Plaintiffs, who are proceeding pro se, did not notice their motion for hearing. In the interests of judicial economy, the Court hereby sets the following briefing schedule and hearing on plaintiffs' motion:

    1. No later than January 9, 2009, defendants shall file and serve any opposition to plaintiff's motion.

    2. No later than January 23, 2009, plaintiffs shall file and serve any reply to defendants' opposition.

    3. Plaintiffs' motion is scheduled for hearing on February 13, 2009, at 9:00 a.m.

//

//

1  Further, the previously-scheduled January 23, 2009 hearing on defendant's Motion
2  for Award of Attorney's Fees is hereby VACATED, and will be rescheduled by the Court, if
3  necessary, after plaintiffs' Motion for Reconsideration has been resolved.[1]

4  **IT IS SO ORDERED.**

6  Dated:  December 19, 2008

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By order filed December 15, 2008, the Court notified plaintiffs that their opposition to defendants' Motion for Award of Attorney's Fees was due no later than 21 days before January 23, 2009, i.e., by January 2, 2009.  Because the Court has now vacated the January 23, 2009 hearing on defendants' motion for fees, plaintiffs need not file their opposition by January 2, 2009.  Rather, in the event the Court reschedules a hearing on defendants' motion for fees, the Court, at that time, will notify plaintiffs of the deadline by which they must file any opposition thereto.

2