CAROLINE L. FOWLER, City Attorney (SBN 110313)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL L. EDWARDS, BETTY SUE EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. REYNOLDS, BETSY STRAUSS, CITY OF SANTA ROSA, A Municipality,<br><br>Defendants. | Case No. C 07-4710 (MMC)<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** [PROPOSED] |

**Decision by the Court.** This action came before the court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED defendants' motion for summary judgment is hereby GRANTED.**

**COSTS ARE TAXED IN THE AMOUNT OF $3,502.62 and included in this judgment.**

The Court awarded the defendants attorney's fees in the amount of $9,100 on June 10, 2009, and that sum is hereby included in this judgment.

The hearing scheduled for August 21, 2009 is hereby VACATED.

Dated: August 7, 2009

_[signature]_
UNITED STATES DISTRICT JUDGE

Amended Judgment in a Civil Case           1           Case No. C 07-4710 (MMC)